AO 442 (Rev. 01/09) Arrest Warrant
FILED
Charlotte
Mar 11 2024
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
8:54 am, Feb 22 2024
WESTERN NORTH CAROLINA
CHARLOTTE

| United States of America | ) |
|---|---|
| v. | ) |
| KELLY LEE SETZER | ) Case No. 5:24-CR-6-KDB |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) KELLY LEE SETZER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography

Date: 2/21/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on (date) 2/22/24, and the person was arrested on (date) 3/6/24
at (city and state) Charlotte, NC.

Date: 3/6/24

*Arresting officer's signature*

Marc Sukis / UDUSM
*Printed name and title*

Case: 5:24-cr-00006-KDB-SCR  Document 2  Filed 02/21/2024  Page 1 of 1
Case 5:24-cr-00006-KDB-SCR  Document 8  Filed 03/11/24  Page 1 of 1