The Honorable Judge Bell!

please allow me to accept full responisibility for all that I am accused. I have hurt many people that loved me and lost everything that I worked for.

I plead forgiveness to everyone, that I hurt. I allowed Satan to sneak into my life. I had two wonderful parents that raised me a christian, but I never made enough time for God, I always put my work first. I think being incarcerated helped to save my soul. I found time to finally read the bible, (13 times now), All I want to do now is live for God and help others, to hear his word. Thank you for taking your time to read this.

Sincerely

Kelly [illegible]