FILED: October 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4540
(5:24-cr-00006-KDB-SCR-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KELLY LEE SETZER

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the Western District of North Carolina to represent Kelly Lee Setzer in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk