IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:24-CR-00006-KDB-SCR

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| KELLY LEE SETZER, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's Motion to Amend Judgment for Inadvertent Omission (Doc. No. 44). The Government seeks to amend the final restitution order pursuant to Rule 36 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3664(d)(5) of the Mandatory Victim Restitution Act because it "inadvertently omitted" two victims and their restitution amounts from its earlier restitution motion. Doc. No. 44 at 1–2; *see also* Doc. No. 39. Shortly after the Motion was filed, Defendant appealed the "Order/Judgment." Doc. No. 46.

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *see also Doe v. Pub. Citizen*, 749 F.3d 246, 258 (4th Cir. 2014) ("a timely filed notice of appeal transfers jurisdiction of a case to the court of appeals and strips a district court of jurisdiction to rule on any matters involved in the appeal.").

Defendant is appealing the Judgment, which incorporates restitution. Therefore, during the pendency of the appeal, the Court lacks authority to hear the matter, although it is "permitted to defer considering the motion, deny the motion, or issue an indicative ruling" under Rule 37 of the Federal Rules of Criminal Procedure. *Moore v. United States*, No. 4:98-CR-00013-M, 2024 WL

1

945303, at *1 (E.D.N.C. Mar. 5, 2024) (quoting *United States v. Bunch*, 828 F. App'x 185 (4th Cir. 2020)). *See also* Fed. R. Crim. P. 37(a). Accordingly, pursuant to Rule 37(a)(2), the Court **DENIES** the motion without prejudice.

**SO ORDERED.**
Signed: October 15, 2025

Kenneth D. Bell
United States District Judge